UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DERRICK TAYLOR,** | : | CIVIL ACTION NO.: |
| | : | **3:10-CV-245 (HBF)** |
| **Plaintiff,** | : | |
| vs. | : | |
| | : | |
| **BRIAN K. MURPHY, et al.,** | : | FEBRUARY 6, 2012 |
| **Defendants.** | : | |

### PLAINTIFF'S AMENDED REQUEST FOR PAYMENT OF COSTS

Plaintiff, Derrick Taylor, through undersigned counsel, hereby submits this amended request pursuant to Local Rule 83.10(g)5, for payment from the Civil Pro Bono Fund for certain costs anticipated in the prosecution of the above-captioned case.

On November 11, 2011, Plaintiff requested payment of certain fees totaling $6,430 to pay the cost of depositions of each of the three Defendants in this case and expert witness fees [docket #55]. The Court granted Plaintiff's request on November 16, 2011 [docket #56]. Plaintiff had estimated the cost for each deposition to be approximately $710. Defendants' depositions were shorter than anticipated; therefore the cost for all three totaled only $947.95. Plaintiff hereby amends his request and seeks the Court's permission to use those funds already granted by this Court to pay the costs for deposition transcripts for two witnesses deposed by Defendants.

The additional deponents are:
1) Chanucey Sturivant, deposed on January 11, 2012
2) Rayquan Stokely, deposed on January 11, 2012

In support of this request, Plaintiff has attached the court reporter's invoice for the deposition of Mr. Sturivant totaling $219.61. Plaintiff has not yet received an invoice the Mr. Stokely's deposition but estimates it to be approximately the same amount.

Plaintiff asserts that the deposition transcripts are vital to the reasonable prosecution of his case. For the foregoing reasons, Plaintiff prays that his Request for Payment of Costs be granted.

        RESPECTFULLY SUBMITTED,
        THE PLAINTIFF,
        DERRICK TAYLOR

By:   /s/ Robert B. Mitchell
      Robert B. Mitchell (ct02662)
      Mitchell & Sheahan, PC
      80 Ferry Blvd., Suite 102,
      Stratford, CT 06615
      Tel: (203) 873-0240
      Fax: (203) 873-0235
      rbmitchell@mitchellandsheahan.com

## CERTIFICATION

I HEREBY CERTIFY that on this 6th day of February, 2012, a copy of the foregoing **Plaintiff's Amended Request for Payment of Costs** was filed electronically [*and served by mail on anyone unable to accept electronic filing*]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

    /s/ Robert B. Mitchell
**Robert B. Mitchell**

# Brandon Smith Reporting & Video

## Invoice

249 Pearl Street

Hartford, CT 06103

Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
| --- | --- |
| Tuesday, January 31, 2012 | 6906BG |

Robert B Mitchell
Mitchell & Sheehan
80 Ferry Boulevard
suite 102
Stratford, Ct 06615

Phone:  (203) 873-0240   Fax:

| | |
| --- | --- |
| Witness: | Sturdivant, Chauncey |
| Case: | Taylor vs. Murphy |
| Venue: | |
| Case #: | 3:10CV245 (JCH) |
| Date: | 1/11/2012 |
| Start Time: | 9:15 AM |
| End Time: | 10:40 AM |
| Reporter: | Aretha Martin |
| Claim #: | |
| File #: | 9266RRHP |

| Description | Each | Quan | Total |
| --- | --- | --- | --- |
| Copy | $2.25 | 86 | $193.50 |
| Shipping and Handling | $13.00 | 1 | $13.00 |
| 6.35% sales tax | $13.11 | 1 | $13.11 |
| | Sub Total | | $219.61 |
| | Payments | | $0.00 |
| | Balance Due | | $219.61 |

Fed. I.D. # 06-1448649

*We appreciate your business!*